MARY E. SOUTHERTON, Individually, and as Executrix of JAMES SOUTHERTON, Deceased, Respondent, *v.* ANTHONY HAHN et al., Appellants, Impleaded with Others.

*Southerton* v. *Hahn*, 64 App Div. 625, affirmed.
(Argued March 5, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 19, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Charles S. Kent* for appellants.

*Willard A. Rill* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.